IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STACY TWINE

    v.                             NO.  11-CV-922

NCO FINANCIAL SYSTEMS, INC.

JUDGMENT

BEFORE SLOMSKY, J.

       AND NOW, to wit, this 4th day of May, 2011, It is ORDERED that in accordance with NCO Financial Systems, Inc. Offer of Judgment and Plaintiff's acceptance pursuant to FRCP 68, judgment is entered in favor of Plaintiff and against Defendant in the sum of $1,000.00 together with interest and costs.

                           BY THE COURT:

                           ATTEST:

                           */s/ Richard Sala*
                           Deputy Clerk

judg